ANCHOR HOCKING GLASS CORPORA-
TION, LANCASTER, OHIO, and W. H.
Peterson, Petitioners, v. FEDERAL
TRADE COMMISSION, Respondent.

No. 9062.

Circuit Court of Appeals, Sixth Circuit.

Dec. 4, 1941.

Deffenbaugh & Miller, of Lancaster, Ohio, for petitioners.

W. T. Kelley, of Washington, D. C., for respondent.

PER CURIAM.

Upon application of the petitioners herein, and it being brought to the attention of this court that subsequent to the filing herein of the petition for review, the respondent, Federal Trade Commission, has issued a modified order to cease and desist, it is therefore ordered that said petition for review be, and the same is hereby, dismissed with costs to the petitioners.

BANK OF COMMERCE & TRUST COMPA-
NY, Appellant, v. UNITED STATES
of America, Appellee.

No. 8719.

Circuit Court of Appeals, Sixth Circuit.

Dec. 2, 1941.

Appeal from the District of the United States for the Western District of Tennessee; John D. Martin, Judge.

Canale, Glankler, Loch & Little, of Memphis, Tenn., for appellant.

William McClanahan, U. S. Atty., and C. P. J. Mooney, Asst. U. S. Atty., both of Memphis, Tenn., for appellee.

Before ALLEN, HAMILTON, and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and argument of counsel; and it appearing that the action herein is not barred by the statute of limitations; and it appearing that no fraud, malfeasance, or misrepresentation of a material fact is shown with reference to the closing agree-

ment executed by the parties hereto in March, 1933, and such closing agreement being therefore final and conclusive, Section 606, Revenue Act of 1928, 26 U.S.C.A. Int.Rev.Acts, page 458: It is ordered that the judgment of the District Court, 32 F. Supp. 942, be, and it is in all things, affirmed.

Joseph CALAFATO and Mrs. Lena Calafato, Petitioners v. COMMISSIONER OF IN-
TERNAL REVENUE, Respondent.

Joseph CALAFATO and Lena Calafato, his wife, Petitioners v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 7751, 7752.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 3, 1941.

Decided Dec. 3, 1941.

John A. McCann, of Pittsburgh, Pa., for petitioners.

Warren F. Wattles, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and J. Louis Monarch and Gerald L. Wallace, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The decisions of the Board of Tax Appeals, 42 B.T.A. 881, are affirmed.